ADRIENNE C. PUBLICOVER  (SBN 161432)
Email:  adrienne.publicover@wilsonelser.com
DONALD P. SULLIVAN (SBN 191080)
Email:  donald.sullivan@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
**CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

NICOLAS M. LEZOTTE  (SBN 257207)
Email: NickLezotte@gmail.com
HEATHER E. GIBSON  (SBN 240938)
Email: Heathergibson1@gmail.com
**LAW OFFICES OF NICOLAS LEZOTTE, P.C.**
20398 Blauer Drive
Saratoga, CA  95070
Tel:  (408) 359-1035 / Fax: (408) 359-1102

Attorneys for Plaintiff
**BAY AREA SURGICAL GROUP, INC.**

** E-filed February 21, 2012 **

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH CORPORATION, VIANT INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO. 11-cv-06681 HRL**<br><br>PLAINTIFF BAY AREA SURGICAL GROUP, INC.'S AND DEFENDANT CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S SUPPLEMENTAL NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER VACATING THE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND<br> (MODIFIED BY THE COURT) |

WHEREAS, Plaintiff Bay Area Surgical Group, Inc., ("Bay Area") filed a Motion for Remand ("Motion") on or about January 18, 2012 with a noticed hearing date of March 13, 2012;

WHEREAS, Defendant Connecticut General Life Insurance Company, erroneously sued as CIGNA HEALTH CORPORATION, which is a nonexistent entity, ("CGLIC") has until Wednesday, February 1, 2012 to respond to the Motion;

WHEREAS, Bay Area and CGLIC have reached a settlement in principle and are presently

working to memorialize the terms of the settlement agreement;

WHEREAS, the settlement moots the need to respond to the Motion;

WHEREAS, the parties filed a Notice of Settlement and Stipulation and [Proposed] Order on January 31, 2012 to continue the hearing and briefing on Plaintiff's Motion;

WHEREAS, the Court entered an Order on February 2, 2012, continuing the hearing on Plaintiff's Motion to March 27, 2012, and setting forth the following briefing schedule: Defendant's Opposition to Plaintiff's Motion due to be filed on February 15, 2012; Plaintiff's Reply in support of its Motion to be filed on February 22, 2012. *See* Docket No. 8;

WHEREAS, Plaintiff transmitted an executed and notarized copy of the Settlement Agreement to Defendant's Counsel on Monday, February 13, 2012;

WHEREAS, all the remains to be done in this case is for Defendant to transmit the settlement check to Plaintiff's counsel and for Plaintiff's counsel to file a Notice of Dismissal with Prejudice; and

WHEREAS, it is in the best interests of the parties and the Court to vacate the hearing and briefing schedule set forth in the Court's February 2, 2012 Order to permit Defendant time to transmit the settlement funds to Plaintiff and for Plaintiff to file the dismissal with prejudice.

WHEREFORE, Bay Area and CGLIC agree as follows:

1. The hearing and briefing scheduled set forth in the Court's February 2, 2012 Order is to be vacated; and

2. Should this matter not be dismissed with prejudice within the next 30 days, either party may notify the Court and request a Case Management Conference.

**IT IS SO STIPULATED:**

Dated: February 14, 2012                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**

By:   /s/ Donald P. Sullivan
         Donald P. Sullivan

Attorneys for Defendants
**CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

[SIGNATURES CONTINUED ON NEXT PAGE]

1 | Dated: February 14, 2012               **LAW OFFICES OF NICOLAS M. LEZOTTE**

2 |                                         By:    /S/ Nicolas M. Lezotte
                                                   Nicolas M. Lezotte
3 |                                                Heather E. Gibson

4 |                                         Attorneys for Plaintiff
                                            **BAY AREA SURGICAL GROUP, INC.**

### [~~PROPOSED~~] ORDER

For good cause shown, the Court hereby grants Bay Area's and CGLIC's stipulated request and orders as follows:

1. The hearing and briefing scheduled set forth in the Court's February 2, 2012 Order is to be vacated; and

2. ~~Should this matter not be dismissed with prejudice within the next 30 days, either party may notify the Court and request a Case Management Conference.~~

The parties shall appear on March 20, 2012 at 10:00 a.m. and show cause why this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than March 13, 2012. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED:**

Date: February 21, 2012

_____
The Hon. Howard R. Lloyd
United States Magistrate Judge